UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILTON RICH,

           Plaintiff,

  v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C13-924 RSM

**ORDER DISMISSING WITHOUT PREJUDICE**

The Court, after careful consideration of plaintiff's complaint, the Commissioner's brief, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

(3)    The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 11th day of June 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITHOUT PREJUDICE - 1